# United States District Court
## *Southern District of Georgia*

Trinisha Canty and John Canty

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-32

Wells Fargo Bank, N.A

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 24, 2018, Defendant's Motion for Summary Judgment is Granted. Plaintiff's complaint is Dismissed. This action stands closed.



May 24, 2018
Date

Scott L. Poff
Clerk

(By) Deputy Clerk